APPEAL FEE REQUEST



JOHN F. WARREN
COUNTY CLERK
GEORGE ALLEN BUILDING
CIVIL PROCESS
600 COMMERCE ST., SUITE 101
DALLAS, TEXAS 75202-3504
214 653-7596

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS

02/15/24 10:05:50 AM

Ruben Morin
Clerk

**FEBRUARY 15, 2024**

**MARYON RAMON LEWIS**
**14140 HAYMEADOW DR #121**
**DALLAS, TEXAS 75254**

In Re:  CC-23-04433-E NORTHWOOD CONDOMINUMS vs. MARYON RAMON LEWIS & ALL OTHER OCCUPANTS **(05-23-00854-CV)**

Sir/Ma'am,

In accordance with Rule 51, of the Texas Rules of Court, the Clerk's Record in the above referenced case has been prepared and ready for delivery to the Fifth Supreme Judicial District Court of Appeals for the State of Texas.

A copy of the Index and Cost Bill of the Record is enclosed for your reference and a copy of the Index has been mailed to the opposing counsel.

 **The fee for preparing the <u>Original</u> Clerk's Record is $52.00 (Fifty Two & 00/100 dollars)**.  **However, the Defendant is considered a pauper's.** Therefore, they are not required to pay the fees for preparing the Clerk's Record. The Clerk's Record will be delivered to the Fifth Court of Appeal immediately.

Thank You,

**Chantel Herring, Deputy Clerk**

Cc:
NORTHWOOD CONDOMINUMS
14140 HAYMEADOW DR #101
DALLAS, TEXAS 75254

Cc:
FIFTH DISTRICT COURT OF APPEALS
600 COMMERCE, 2ND FLOOR
DALLAS, TEXAS 75202